# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Issac Joseph Ramos,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Department of Corrections, et al.,<br><br>    Defendants. | No. CV-13-00887-PHX-ROS<br><br>**ORDER** |

  Before the Court is a report and recommendation from the Magistrate Judge, (Doc. 21), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b)(1), Fed. R. Civ. P. No objection to the report and recommendation was filed and the time for doing so has expired. *See* Fed. R. Civ. P. 72(b)(2).

  The court accepts the recommended decision of the United States Magistrate Judge.

  Accordingly,

  **IT IS ORDERED** pursuant to Rule 4(m), Defendant Rodriguez is **DISMISSED WITHOUT PREJUDICE.**

  DATED this 16th day of October, 2014.

                Honorable Roslyn O. Silver
                Senior United States District Judge