1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

# FOR THE DISTRICT OF ARIZONA

8

9  | Issac Joseph Ramos,

10 |               Plaintiff,

11 | v.

12 | Arizona Department of Corrections, et al.,

13 |               Defendants.

No. CV-13-00887-PHX-ROS

**ORDER**

14
15
16
17
18

        Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. 26) pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b)(1), Fed. R. Civ. P. No objection to the report and recommendation was filed and the time for doing so has expired. *See* Fed. R. Civ. P. 72(b)(2).

19
20
21
22
23
24
25
26
27

        In an order filed October 16, 2014 (Doc. 24), the Court observed that the parties' Rule 26(f) Report (Doc. 23) reported Plaintiff had failed to serve his initial disclosures. Those disclosures were due by September 29, 2014. (*See* Doc. 19.) Accordingly, the Court ordered Plaintiff to either: (1) serve his initial disclosure statement and file a notice of service; or (2) file a response showing cause why the action should not be dismissed for failure to prosecute as a result of Plaintiff's failure to make disclosures as ordered. (Doc. 24.) To date, Plaintiff has neither filed a notice of service nor responded to the order to show cause. Therefore, the court accepts the recommended decision of the United States Magistrate Judge and grants dismissal.

28

        Accordingly,

1    **IT IS ORDERED** the Report and Recommendation (Doc. 26) is **ADOPTED IN**

2    **FULL**.

3    **IT IS FURTHER ORDERED** this case is dismissed without prejudice pursuant

4    to Federal Rule of Civil Procedure Rule 41, and the Clerk shall enter judgment

5    accordingly.

6    **IT IS FURTHER ORDERED** the docket shall reflect the Court certifies,

7    pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a)(3)(A),

8    that any appeal of this decision would not be taken in good faith.

9    Dated this 10th day of December, 2014.

10

11

12    Honorable Roslyn O. Silver
       Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28